JUDGE SPRIZZO

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

08 CV 03479

---

BRECKENRIDGE PHARMACEUTICAL, INC., )
)
Plaintiff, )
)
v. ) Civil Action No. _____
)
INTERPHARM HOLDINGS, INC., and )
INTERPHARM, INC., ) JURY TRIAL DEMANDED
)
Defendants. )
)
)

---

### RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Breckenridge Pharmaceutical, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said which are publicly held.

Plaintiff Breckenridge Pharmaceutical, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  April 9, 2008
        New York, New York

/s/ _____
C. Randolph Ross, Esquire (CR 8966)
Kathleen Van De Loo, Esquire (KO 0310)
CROWELL & MORING, LLP
153 East 53rd Street, 31st Floor
New York, New York 10022
Telephone: (212) 895-4200
Fax: (212) 223-4134

Attorneys for Plaintiff
Breckenridge Pharmaceutical, Inc.