IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRECKENRIDGE PHARMACEUTICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERPHARM HOLDINGS, INC., and <br> INTERPHARM, INC., <br><br> Defendant. | Civil Action No. 08-cv-03479 <br><br> **ORAL ARGUMENT REQUESTED** |

## NOTICE OF PLAINTIFF'S
## MOTION FOR PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that on the ____ day of April, 2008, at _____ a.m. or as soon thereafter as counsel may be heard, Plaintiff Breckenridge Pharmaceutical, Inc., by and through their attorneys, Crowell & Moring LLP, shall move, before the Honorable John E. Sprizzo, U.S.D.J., United States Courthouse, Room 14C, 500 Pearl Street, New York, New York, 10007, for the entry of an Order in the form submitted herewith, granting to Plaintiff a preliminary injunction and such other relief as the Court shall deem appropriate in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiff shall rely upon the this Notice of Motion, the Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction, the Declarations of Eugene L. Kim, Philip Goldstein, Larry Lapila, Joan Lyle, and Steven Burns, and all exhibits attached thereto, filed herewith in support of Plaintiff's Motion.

Dated:  New York, New York
        April 18, 2008

                                         _____
                                         C. Randolph Ross, Esquire (CR 8966)
                                         Kathleen Van De Loo, Esquire (KO 0310)
                                         CROWELL & MORING, LLP
                                         153 East 53rd Street, 31st Floor
                                         New York, New York 10022
                                         Telephone: (212) 895-4200
                                         Fax: (212) 223-4134

                                         Attorneys for Plaintiff
                                         Breckenridge Pharmaceutical, Inc.