IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRECKENRIDGE PHARMACEUTICAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERPHARM HOLDINGS, INC., and )<br>INTERPHARM, INC., )<br>)<br>Defendant. ) | Civil Action No. 08-cv-03479 |

### DECLARATION OF JOAN LYLE IN SUPPORT OF THE MOTION OF BRECKENRIDGE PHARMACEUTICAL, INC. FOR A PRELIMINARY INJUNCTION

Joan Lyle declares, under penalty of perjury, that the following is true and correct:

1. I am the Director of National Accounts for Breckenridge Pharmaceutical, Inc. ("Breckenridge").

2. On Friday, April 11, 2008, I received a telephone call from Mr. David Lewis, a salesman for Prasco Laboratories, a direct competitor of Breckenridge which markets (as does Breckenridge) prescription tablets that combine esterified estrogens and methyltestosterone ("EE/MT").

3. Mr. Lewis informed me that he had heard from common customers of Breckenridge and Prasco that Breckenridge was no longer going to be selling EE/MT.

4. As a friendly gesture, Mr. Lewis said he wanted to confirm this rumor with me first before soliciting our customers.

5. I thanked Mr. Lewis, and assured him that this was not true, and that Breckenridge would in fact continue to be supplying EE/MT to its customers.

6.  Unfortunately, it has been my experience that not everyone in this industry is as honest and careful as Mr. Lewis, and that as long as anyone is spreading the false rumor that Breckenridge will be getting out of the EE/MT market, others will accept this as true or pass this information along without checking with us to confirm its accuracy.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on April 18, 2008.

_____
John Lyle