## DECLARATION OF STEVEN BURNS

I, Steven Burns, declare as follows:

1. I am the RX/HBC Purchasing Manager for Kinray Inc., the largest privately held distributor of pharmaceutical products.

2. Breckenridge Pharmaceutical, Inc. is a long-standing supplier of prescription pharmaceutical products to Kinray Inc., including tablets containing esterified estrogens and methyltestosterone ("EE/MT").

3. I was sent the attached by a representative of Interpharm Holdings, Inc. and/or Interpharm, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

April 16, 2008.

_____
Steven Burns

# EXHIBIT A

Here is a little background of what is happening. Many customers have been purchasing Interpharm's EEMT product through a third party. Interpharm is transitioning these customers to go direct this translates into a tremendous cost savings. . This will be a very easy transition at the pharmacy level.

On top of this very aggressive offer Interpharm will allow a one time 10% buy in on Estrogen and Methyltestosterone .625mg/ 1.25mg and 1.25mg/2.5mg as a bill back on the first purchase order.

The HDMA Sheets are also attached

**INTERxPHARM**

75 Adams Avenue, Hauppauge, NY 11788
Phone: (631)-952-0214   Fax: (631)-299-3994

| GENERIC PRODUCT NAME | BRAND NAME COMPARISON | STRENGTHS | PKG SIZE | NDC # | WAC | AWP | Contract price | Accept |
|---|---|---|---|---|---|---|---|---|
| Estrogen and Methyltestosterone | Estratest® | .625mg/ 1.25mg | 100 | 53748-077-01 | $112.00 | $157.95 | | |
| Estrogen and Methyltestosterone | Estratest® | 1.25mg/2.5mg | 100 | 53746-078-01 | $135.00 | $192.95 | | |

Signature:
Price Proposal Accepted by:
Title:

**Note:**
Interpharm will allow a one time 10% buy in on Estrogen and Methyltestosterone as a bill back on the first purchases order.