```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BRECKENRIDGE PHARMACEUTICAL, INC.,

                    Plaintiff,

        - against -                        08 Civ. 3479 (JES)
                                                ORDER
INTERPHARM HOLDINGS, INC., and
INTERPHARM, INC.,

                    Defendants.
----------------------------------------X
```

Counsel to all parties in the above-captioned action having appeared before the Court for a Pre-Trial Conference on April 23, 2008, and plaintiff having sought a Preliminary Injunction against defendants, and the Court having considered all matters raised, it is

**ORDERED** that, as discussed at the aforementioned Conference, all discovery in the above-captioned action relating to plaintiff's application for a Preliminary Injunction shall be completed on or before June 3, 2008; and it is further

**ORDERED** that a Hearing on plaintiff's application for a Preliminary Injunction shall occur on June 3, 2008 at 12:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         April 24, 2008

                                        _____
                                        John E. Sprizzo
                                        United States District Judge