```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
BRECKENRIDGE PHARMACEUTICAL, INC.,

                    Plaintiff,

         - against -                          08 Civ. 3479 (JES)
                                                    ORDER
INTERPHARM HOLDINGS, INC., and
INTERPHARM, INC.,

                    Defendants.
------------------------------------------X
```

Counsel to all parties in the above-captioned action having appeared before the Court for a Pre-Trial Conference on April 29, 2008, and the Court having considered all matters raised, it is

**ORDERED** that the Hearing on plaintiff's application for a Preliminary Injunction previously scheduled for June 3, 2008 shall be and hereby is cancelled; and it is further

**ORDERED** that, as discussed at the aforementioned Conference, all discovery in the above-captioned action relating to plaintiff's application for a Preliminary Injunction shall be completed on or before May 5, 2008; and it is further

**ORDERED** that a Hearing on plaintiff's application for a Preliminary Injunction shall occur on May 5, 2008 at 1:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         April 29, 2008

                                              _____
                                                    John E. Sprizzo
                                              United States District Judge