```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BRECKENRIDGE PHARMACEUTICAL, INC.,

                    Plaintiff,

          - against -                       08 Civ. 3479 (JES)

INTERPHARM HOLDINGS, INC., and              ORDER
INTERPHARM, INC.,

                    Defendants.
----------------------------------------X
```

5/6/08

Counsel to all parties in the above-captioned action having appeared before the Court for a Pre-Trial Conference on April 29, 2008, and the Court having issued a Temporary Restraining Order, and the Court having considered all matters raised, it is

**ORDERED** that the Temporary Restraining Order previously imposed shall remain in effect until May 9, 2008 at 5:00 p.m.; and it is further

**ORDERED** that the Hearing on plaintiff's application for a Preliminary Injunction previously scheduled for May 5, 2008 shall be and hereby is adjourned until May 9, 2008 at 1:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         May  6  , 2008

                                    _____
                                    for  John E. Sprizzo
                                         United States District Judge