**Alstate Process Service Inc.**
60 BURT DRIVE
DEER PARK, NEW YORK 11729
631/667-1800

CASE # INTERPHARAM HOLDING 0421
Date Received: 04/21/08

UNITED STATES SOUTHERN DISTRICT COURT
COUNTY OF NEW YORK

INDEX NO.: 08 CV 03479

BRECKENRIDGE PHARMACEUTICAL, INC.
                                    Plaintiff(s)
against

INTERPHARM HOLDINGS, INC., AND INTERPHARM, INC. Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF SUFFOLK ss.:

GERARD SCULLY being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in The State of New York

That on 04/21/08 9:32 AM at 85 ADAMS AVENUE, HAUPPAUGE, NY 11788 deponent served the within SUMMONS AND COMPLAINT bearing Index# 08 CV 03479 & filing date 04/09/08 on INTERPHARM, INC. defendant therein named,

**INDIVIDUAL** ☐ by delivering thereat a true copy of each to said defendant personally; deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**CORPORATION** ☒ a DOMESTIC CORPORATION, by delivering thereat a true copy of each to SUZANNE SCHWARTZ personally; deponent knew said DOMESTIC CORPORATION so served to be the DOMESTIC CORPORATION described as the named defendant and knew said individual to be the OFFICE MANAGER thereof an authorized person to accept service of process

**SUITABLE AGE PERSON** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's and the reply was affirmative.

**AFFIXING TO DOOR, ETC.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having verified defendant's with and having called there on

TAN AND RED BRICK BUILDING

**MAILING** ☐ On deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's and deposited said wrapper in a post office of the United States Postal Service within New York State.

**DESCRIPTION** Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 45 | 5' 7 | 130 |

**USE IN NYC CIVIL CT.** ☐ Other identifying features:

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** ☐ I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply.
The source of my information and the grounds of my belief are the conversations and observations above narrated.
Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 4-23-08

THERESE M. BRENNAN
Notary Public, State of New York
No. 01BR5078017
Qualified in Suffolk County
Commission Expires May 19, 2011

GERARD SCULLY
LICENSE NO. 1007503