UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BRECKENRIDGE PHARMACEUTICAL, INC.,

                Plaintiff,

    - against -                    08 Civ. 3479 (JES)

INTERPHARM HOLDINGS, INC., and         ORDER
INTERPHARM, INC.,

                Defendants.
----------------------------------------X

    Counsel to all parties in the above-captioned action having appeared before the Court for a Preliminary Injunction Hearing, and the Court having considered all matters raised, it is

    **ORDERED** that, for the reasons stated on the record, plaintiff's Motion for a Preliminary Injunction shall be and is hereby granted; and it is further

    **ORDERED** that, upon the posting of a bond, in compliance with the provisions of Rule 65.1 of the Local Civil Rules of the United States District Court of the Southern District of New York, in the amount of $25,000 with the Clerk of the United States District Court for the Southern District of New York, a preliminary injunction shall issue and be in effect, as follows:

    Defendants are prohibited from using, directly or indirectly, plaintiff's confidential information obtained pursuant to the profit-splitting arrangement or any information derived therefrom for any purpose unrelated to their continuing obligations under the Supply Agreement, if any, and shall return all confidential information to plaintiff by May 30, 2008.

    Defendants are prohibited from disclosing, directly or indirectly, plaintiff's confidential information or any information derived therefrom, to any ~~other party~~ other person.

It is further **ORDERED** that all of the above restrictions and prohibitions shall apply to, and be binding upon, any of defendants' transferees, successors or assigns.

Dated:   New York, New York
         May 22, 2008

_____
John E. Sprizzo
United States District Judge