GUZOV OFSINK, LLC
Debra J. Guzov (DG 7125)
David J. Kaplan (DK 0100)
*Attorneys for Defendants Interpharm
Holdings, Inc. and Interpharm, Inc.*
600 Madison Avenue, 14th Floor
New York, NY 10022
(212) 371-8008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRECKENRIDGE PHARMACEUTICAL, INC.<br><br>Plaintiff,<br><br>- against -<br><br>INTERPHARM HOLDINGS, INC. and INTERPHARM, INC.<br><br>Defendants. | Index No.   08 cv 03479 (JES)<br><br><br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendants Interpharm Holdings, Inc. and Interpharm, Inc. ("Defendants") in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of an order entered in this action on the 23rd day of May, 2008, granting the motion of Plaintiff Breckenridge Pharmaceutical, Inc. and issuing a Preliminary Injunction, preventing Defendants from using directly or indirectly Plaintiff's confidential information provided to Defendants pursuant to a profit-splitting arrangement, or any information derived therefrom, in any manner unrelated to Defendants' continuing

obligations under a supply agreement, or from disclosing such information, or information derived therefrom, directly or indirectly to any other person.

Dated:  May 30, 2008
        New York, New York

                                        Respectfully submitted,

                                        Guzov Ofsink, LLC

                                  By: _____
                                           Debra J. Guzov (DG-7125)
                                           David J. Kaplan (DK-0100)
Guzov Ofsink, LLC
600 Madison Avenue, 14th Floor
New York, New York 10022
(212) 371-8008