SDNY / NY NY
08-CV-3479
Sprizzo

# MANDATE

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

*FILED JUL 10 2008 — Catherine O'Hagan Wolfe, Clerk, SECOND CIRCUIT*

| | |
|---|---|
| BRECKENRIDGE PHARMACEUTICAL, INC., ) | |
| ) | |
| Appellee, ) | Docket No. 08-2744-cv |
| ) | |
| v. ) | |
| ) | |
| INTERPHARM HOLDINGS, INC., and ) | STIPULATION WITHDRAWING |
| INTERPHARM, INC., ) | APPEAL |
| ) | |
| Appellants. ) | |

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn with prejudice, without costs, and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Dated: July 8, 2008

GUZOV OFSINK, LLC

By: /s/ Debra J. Guzov
    Debra J. Guzov (7125)
    David J. Kaplan (0100)
Attorneys for Appellants
600 Madison Avenue, 14th Floor
New York, New York 10022
(212) 371-8008

CROWELL & MORING, LLP

By: /s/ C. Randolph Ross
    C. Randolph Ross (8966)
    Steven Greenblatt
Attorneys for Appellee
153 East 53rd Street, 31st Floor
New York, New York 10022
(212) 895-4200

So ordered:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Vidya Kurella, Associate Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
        DEPUTY CLERK

**CERTIFIED:** JUL 2 3 2008